# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

UNIVERSAL PROPERTY AND CASUALTY INSURANCE
COMPANY a/s/o CAREY ROACH,

Appellant,

v.

GULF ISLAND BEACH & TENNIS CLUB
CONDOMINIUM ASSOCIATION, II, INC.,

Appellee.

No. 2D2023-0559
_____

July 10, 2024

Appeal from the Circuit Court for Pasco County; Kimberly Sharpe Byrd, Judge.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale; and Jourdan Weltman and Alyson Holob of Universal Property and Casualty Insurance Company, Fort Lauderdale, for Appellant.

E. Taylor George, Shaun R. Koby, and Thomas C. Allmond of Lydecker, LLP, Tampa, for Appellee.

PER CURIAM.

Affirmed. *See Universal Prop. & Cas. Ins. Co. v. Laguna Riviera Condo. Ass'n*, 2D2023-0034, 2024 WL 2267783 (Fla. 2d DCA May 17, 2024).[1]

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.

---

[1] In the parties' joint motion to stay this case, which was denied, the parties stipulated that this court's decision in *Universal Prop. & Cas. Ins. Co. v. Laguna Riviera Condo. Ass'n*, No. 2D2023-0034, 2024 WL 870598 (Fla. 2d DCA March 1, 2024), *withdrawn and superseded on rehearing in part by Laguna Riviera*, 2024 WL 2267783, was binding precedent as the issues in this case are identical. And we agree. In *Laguna Riviera*, 2024 WL 2267783, this court certified a conflict with the Fourth District Court of Appeal's decision in *Universal Prop. & Cas. Ins. Co. v. Grove Isle at Vero Beach Condo. Ass'n*, No. 4D2023-0021, 2024 WL 820032 (Fla. 4th DCA Feb. 28, 2024).